8 A.3d 1263

Daryl COOK, Petitioner

v.

ADMINISTRATOR OF PENNSYLVANIA COURTS, Prothonotary of the Philadelphia Court of Common Pleas and Warden of Curran–Fromhold Correctional Facility, Respondents.

No. 102 EM 2010.

Supreme Court of Pennsylvania.

Nov. 23, 2010.

## ORDER

PER CURIAM.

AND NOW, this 23rd day of November, 2010, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**